

SEND

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No.   CV 07-02171-MMM(SSx)                                      Date   September 21, 2007

Title    Benjamin Einstein, et al vs. Baby Einstein Company LLC, et al

---

Present: The Honorable    MARGARET M MORROW

| ANEL HUERTA | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:                     Attorneys Present for Defendants:

N/A                                                                   N/A

**Proceedings:**        **Order Taking Hearing On Defendant's Motion to Dismiss; To Stay Action Off Calendar**

Defendant's motion to dismiss; to stay action is currently on calendar for September 24, 2007 at 10:00 a.m   Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the court finds that this matter is appropriate for decision without oral argument.  The hearing calendared for September 24, 2007, is hereby vacated, and the matter is taken off calendar.  The court further vacates and takes off calendar plaintiff's request for attorney's fees.  The matters will be deemed submitted on the vacated hearing date, and the clerk will notify the parties when the court has reached a decision.

**#20**

CV-90 (12/02)                               **CIVIL MINUTES - GENERAL**                        Initials of Deputy Clerk