JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN EINSTEIN, an individual; EINSTEIN COSMETICS LLC, a California limited liability company; EINSTEIN COSMETICS, LTD., a California corporation,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>BABY EINSTEIN COMPANY LLC, a Colorado limited liability company; HEBREW UNIVERSITY OF JERUSALEM, an Israel corporation; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | CASE NO. CV 07-02171 MMM (SSx)<br><br>JUDGMENT FOR DEFENDANT AND COUNTERCLAIMANT HEBREW UNIVERSITY OF JERUSALEM |

　　　　On April 3, 2007, Benjamin Einstein, Einstein Cosmetics LLC and Einstein Cosmetics, Ltd. ("plaintiffs") filed a complaint against Baby Einstein Company LLC, Hebrew University of Jerusalem ("HUJ"), and certain fictitious defendants. After a second amended complaint was filed in February 2008, HUJ filed an answer and counterclaims against all plaintiffs. On April 22, 2009, the clerk entered Einstein Cosmetics, Ltd. ("EC Ltd.")'s default. On April 29, 2009, finding no just reason for delay under Rule 54(b), the court entered a consent judgment against plaintiffs Einstein Cosmetics LLC and Benjamin Einstein. HUJ then moved for default judgment against EC Ltd. In an order dated December 19, 2009, the court granted the motion for default judgment. Accordingly,

IT IS ORDERED AND ADJUDGED

1. That EC Ltd. and each of its partners, officers, directors, agents, servants, employees, suppliers, subsidiaries, divisions, affiliated or related companies, attorneys, successors and assigns, and all persons in active concert or participation with any of them are permanently enjoined and restrained from:

    (a) Using in any manner the Einstein Marks or the Einstein Rights, alone or in combination with any other word or words, or using any other words or symbols which so resemble any of said marks and names as to be likely to cause confusion, deception or mistake, on or in connection with the advertising, offering for sale or sale of any product;

    (b) Using in any manner the Einstein Marks or the Einstein Rights, alone or in combination with any other word or words, or using any other words or symbols which so resemble any of said marks and names as to be likely to cause confusion, deception or mistake, on or in connection with the advertising, offering to render or rendition or any service not approved by, sponsored by or otherwise authorized by HUJ;

    (c) Attempting to or passing-off, inducing or enabling others to sell or pass-off any product or service as a product or service affiliated with or sponsored by HUJ, which product is not produced under the control and supervision of HUJ and approved by HUJ for sale under the Einstein Marks, or which service is not authorized by HUJ to be rendered in association with the Einstein Marks or Einstein Rights;

    (d) Committing any acts calculated or intended to cause purchasers to believe falsely that any of EC, Ltd.'s unauthorized products or services are associated with, sponsored by, approved by, guaranteed by, connected with or produced under the control and supervision or within the authority of

HUJ;

    (e)    Except as may otherwise be authorized by HUJ in writing, obtaining, possessing, shipping, delivering, distributing, returning or otherwise disposing of in any manner advertising materials, goods or inventory bearing any of the Einstein Marks, which materials, goods or inventories were not manufactured by or for HUJ or authorized by HUJ to be sold or offered for sale in association with or bearing the Einstein Marks; and

    (f)    Diluting and infringing the rights of HUJ in and to the Einstein Marks or Einstein Rights or otherwise damaging HUJ's goodwill and business reputation

2. That, except as may otherwise be agreed by HUJ in writing, EC Ltd. shall deliver immediately to HUJ or its attorneys for destruction any and all products, guarantees, warranties, circulars, price lists, labels, signs, prints, packages, wrappers, pouches, receptacles, advertising matter, promotion and other material in EC Ltd.'s possession or control bearing any of the Einstein Marks, alone or in combination with any other words, or any other words or symbols which so resemble any of the Einstein Marks as to be likely to cause confusion, mistake or deception, which can be used in connection with the advertising, offering for sale, or sale of any product or service which is not manufactured, distributed, or otherwise authorized by HUJ.

3. That EC Ltd. shall deliver immediately to HUJ or its attorneys for destruction any and all disks, tapes, computer graphics files, molds, plates, screens, graphics, matrixes, patterns and any other means of making simulations, reproductions, counterfeits, copies or colorable imitations of any of the Einstein Marks.

4. That EC Ltd. shall, except as may be otherwise agreed to in writing by HUJ, deliver to HUJ or its attorneys for destruction or other appropriate disposition its entire inventory of goods, packaging and/or labeling bearing the Einstein Marks, or any of them; and

     5.     That HUJ shall recover its costs of suit herein.

DATED: December 19, 2009

                                                */s/ Margaret M. Morrow*
                                                MARGARET M. MORROW
                                                UNITED STATES DISTRICT JUDGE